450 F.2d 348
 Robert L. BREWSTER, Plaintiff-Appellant,
v.
BLACKBURN'S TRANSFER & STORAGE, INC., Defendant-Appellee.
 No. 71-2117 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 19, 1971.
 
 Robert L. Brewster, pro se.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 430 F.2d 966